STANLEY LAW GROUP
MATTHEW J. ZEVIN, SBN: 170736
225 Broadway, Suite 1350
San Diego, CA 92101
Telephone: (619) 235-5306
Facsimile: (815) 377-8419
e-mail: mzevin@aol.com

EMGE & ASSOCIATES
DEREK J. EMGE, SBN: 161105
225 Broadway, Suite 1350
San Diego, CA 92101
Telephone: (619) 595-1400
Facsimile: (619) 595-1480
e-mail: derek@emgelawfirm.com

Attorneys for Plaintiff Cynthia E. Spann
and Proposed Class Counsel
[Additional Counsel on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA E. SPANN, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., a Delaware Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | Case No. SACV12 0215 FMO (RNBx)<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>DATE: August 21, 2014<br>TIME: 10:00 a.m.<br>JUDGE: Honorable Fernando M. Olguin<br>CTRM: 22 – 5th Floor |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 21, 2014 at 10:00 a.m., in the courtroom of the Honorable Fernando M. Olguin, Plaintiff Cynthia E. Spann will and hereby does move for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure, certifying a class consisting of:

> *All persons who, while in the State of California and between November 5, 2010 and January 31, 2012 (the "Class Period") purchased from JCP one or more private or exclusive branded items of apparel or accessories advertised at a discount of at least 30% off of the stated "original" or "regular" price, and who have not received a refund or credit for their purchase(s).* Excluded from the Class are all current and past employees, officers and directors of JCP, and any judge who exercises jurisdiction over this case.  Also excluded is any person who only received a discount of 30% or more as a result of using one or more coupons.

Plaintiff also seeks an order appointing her as class representative and appointing Stanley Law Group LLP and Emge & Associates as Class Counsel.

This Motion is made and based on this Notice and the accompanying Joint Memorandum of Points and Authorities in support thereof, the Unredacted Joint Evidentiary Appendix previously filed by the parties on September 10, 2013 [Dkt. No. 122], the Declaration of Matthew J. Zevin re Meet and Confer Concerning Plaintiff's Motion for Class Certification [Dkt. No. 122-4 and 122-5], the accompanying Supplemental Declaration of Matthew J. Zevin re Meet and Confer Concerning Plaintiff's Motion for Class Certification, and all papers, pleadings, documents, argument of counsel, and/or other materials presented before or during the hearing on this Motion, and any other evidence and argument the Court may consider.

1  This Motion is made following the conference of counsel pursuant to Local
2  Rule 7-3 which took place on numerous dates as set forth in the two Zevin
3  Declarations Re Meet and Confer Concerning Plaintiff's Motion for Class
4  Certification referenced above.

5  DATED: June 19, 2014                STANLEY LAW GROUP
                                       MATTHEW J. ZEVIN

                                        /s/ Matthew J. Zevin
                                       MATTHEW J. ZEVIN

                                       225 Broadway, Suite 1350
                                       San Diego, CA  92101
                                       Telephone:  (619) 235-5306
                                       Facsimile:   (815) 377-8419

                                       EMGE & ASSOCIATES
                                       DEREK J. EMGE
                                       225 Broadway, Suite 1350
                                       San Diego, CA  92101
                                       Telephone:  (619) 595-1400
                                       Facsimile:   (619) 595-1480

                                       Attorneys for Plaintiff Cynthia E. Spann and
                                       Proposed Class Counsel

                                       SCHIFFMAN & HUCH, LLP
                                       DAVID A. HUCH, SBN: 222892
                                       8105 Irvine Center Drive, Suite 900
                                       Irvine, CA  92618
                                       Telephone:  (949) 936-2564
                                       Facsimile:   (949) 682-4881
                                       e-mail: david.a.huch@gmail.com

                                       Attorneys for Plaintiff Cynthia E. Spann