STANLEY LAW GROUP
MATTHEW J. ZEVIN, SBN: 170736
225 Broadway, Suite 1350
San Diego, CA  92101
Telephone:   (619) 235-5306
Facsimile:   (815) 377-8419
e-mail:   mzevin@aol.com

EMGE & ASSOCIATES
DEREK J. EMGE, SBN: 161105
225 Broadway, Suite 1350
San Diego, CA  92101
Telephone:   (619) 595-1400
Facsimile:   (619) 595-1480
e-mail:   derek@emgelawfirm.com

Attorneys for Plaintiff Cynthia E. Spann
and Proposed Class Counsel
[Additional Counsel on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA E. SPANN, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., a Delaware Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | Case No. SACV12 0215 FMO (RNBx)<br><br>**CLASS ACTION**<br><br>**PLAINTIFF CYNTHIA E. SPANN'S SECOND NOTICE OF RECENT AUTHORITY REGARDING SUMMARY JUDGMENT AND CLASS CERTIFICATION**<br><br>JUDGE:   Honorable Fernando M. Olguin<br>CTRM:   22 – 5th Floor |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNYES OF RECORD:

Plaintiff Cynthia E. Spann ("Plaintiff") hereby gives notice of recent supplemental authority relevant to her opposition to JCPenney's Renewed Motion for Summary Judgment [Dkt. No. 173]; and in support of her Third Motion for Class Certification [Dkt. No. 177]. Specifically, the recent opinion in *I.B. (Bohannon) v. Facebook, Inc.*, 2015 WL 1056178, at *5-*6 (N.D. Cal. March 10, 2015) is relevant to the parties' arguments concerning Plaintiff's standing to seek injunctive relief, which is addressed at pages 32-39 of the parties' Joint Briefing Re: JCPenney's Renewed Motion for Summary Judgment [Dkt. No. 173-1], and at pages 42-44 of the parties' Joint Briefing Re: Plaintiff's Third Motion for Class Certification [Dkt. No. 177-1]. A copy of this recent decision is attached hereto as Exhibit 1.

DATED: March 17, 2015          STANLEY LAW GROUP

                                              */s/ Matthew J. Zevin*
                                              MATTHEW J. ZEVIN

                                              225 Broadway, Suite 1350
                                              San Diego, CA 92101
                                              Telephone: (619) 235-5306
                                              Facsimile: (815) 377-8419

                                              EMGE & ASSOCIATES
                                              DEREK J. EMGE
                                              225 Broadway, Suite 1350
                                              San Diego, CA 92101
                                              Telephone: (619) 595-1400
                                              Facsimile: (619) 595-1480

                                              Attorneys for Plaintiff Cynthia E. Spann and Proposed Class Counsel

| | |
|---|---|
| 1 | LAW OFFICE OF DAVID A. HUCH |
| 2 | DAVID A. HUCH, SBN: 222892 |
| | 3281 E. Guasti Road, Suite 700 |
| 3 | Ontario, CA  91761 |
| 4 | Telephone:  (909) 212-7945 |
| | Facsimile:   (909) 614-7009 |
| 5 | e-mail: david.a.huch@gmail.com |
| 6 | |
| 7 | Attorneys for Plaintiff Cynthia E. Spann |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**PROOF OF SERVICE**
*Spann v. J.C. Penney, et al.*
CASE NO: SACV12 0215 FMO (RNBx)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 225 Broadway, Suite 1350, San Diego, CA 92101.

That on March 17, 2015, I served the following document(s) entitled: **PLAINTIFF CYNTHIA E. SPANN'S SECOND NOTICE OF RECENT AUTHORITY REGARDING SUMMARY JUDGMENT AND CLASS CERTIFICATION** on ALL INTERESTED PARTIES in this action:

☐ **BY MAIL**: By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC MAIL:** I caused transmission of a PDF copy of the foregoing document(s) this date via electronic mail, to the following parties.

☐ **BY OVERNIGHT COURIER**: I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 225 Broadway, San Diego, California, for delivery to the above address(es).

☒ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct. Executed on March 17, 2015, at San Diego, California.

*/s/ Matthew J. Zevin*
MATTHEW J. ZEVIN

SACV12 0215 FMO (RNBx)