UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 12-0215 FMO (KESx) | Date | August 17, 2015 |
|---|---|---|---|
| Title | Cynthia E. Spann v. J.C. Penney Corp., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff(s): | | Attorney Present for Defendant(s): |
| None Present | | None Present |

**Proceedings:**     (In Chambers) Order Re: Pending Discovery Motions

Having reviewed the case file and scheduling order, the court places Plaintiff's Motion to Compel Production of Documents Responsive to Plaintiff's Request for Production Set 6 **(Document No. 226)** and Defendant's Motion to Compel the Deposition of Cynthia Spann **(Document No. 232)** (collectively, "Pending Discovery Motions") under submission. The parties need not re-notice these motions on the District Judge's motion calendar.

The parties' deadline for fact discovery is September 1, 2015 (see Court's Order of June 8, 2015 at 17), and the Pending Discovery Motions were originally set to be heard prior to the deadline. Accordingly, the Pending Discovery Motions are deemed timely. The parties are reminded, however, that "[a]ny motion relating to a deposition and/or challenging the adequacy of discovery responses must be filed, served, and calendared sufficiently in advance of the discovery cut-off date to permit the responses to be obtained and/or the deposition to be completed before the discovery cut-off if the motion is granted." (See id. at 2).

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |