| | |
|---|---|
| 1 | STANLEY LAW GROUP |
| 2 | MATTHEW J. ZEVIN, SBN: 170736<br>10021 Willow Creek Road, Suite 200 |
| 3 | San Diego, CA 92131<br>Telephone: (619) 235-5306 |
| 4 | Facsimile: (815) 377-8419 |
| 5 | e-mail: mzevin@aol.com |
| 6 | EMGE & ASSOCIATES<br>DEREK J. EMGE, SBN: 161105 |
| 7 | 501 W. Broadway, Suite 1760<br>San Diego, CA 92101 |
| 8 | Telephone: (619) 595-1400 |
| 9 | Facsimile: (619) 595-1480<br>e-mail: derek@emgelawfirm.com |
| 10 | |
| 11 | Attorneys for Plaintiff Cynthia E. Spann<br>and Proposed Class Counsel |
| 12 | [Additional Counsel on Signature Page] |

### IN THE UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA E. SPANN, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., a Delaware Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | Case No. SACV12 0215 FMO (KESx)<br><br>**CLASS ACTION**<br><br>**EIGHTH STIPULATION TO AMEND SCHEDULING ORDER**<br><br>**[DECLARATION OF DAVID A. ROTMAN AND PROPOSED ORDER FILED HEREWITH]**<br><br>JUDGE: Honorable Fernando M. Olguin<br>CTRM: 22 – 5th Floor |

SACV12 0215 FMO (KESx)

462600.02-PALSR01A - MSW

Plaintiff Cynthia Spann ("Plaintiff") and Defendant J.C. Penney Corporation, Inc. ("JCPenney") together submit this stipulation for a short extension of the trial and several other case management deadlines. The parties submit that this continuance is necessary to potentially facilitate a settlement of this action. This stipulation is supported by the declaration of David A. Rotman who has conducted two mediation sessions, most recently last Friday, August 21, 2015. In his declaration Mr. Rotman states that in his opinion the absence of a continuance will make a settlement significantly less likely;

WHEREAS, Plaintiff has a filed a lawsuit alleging that JCPenney engages in false price comparisons and alleging causes of action under California's Unfair Competition Law (Cal. Bus. & Prof. Code §§ 17200, *et seq.*), California's False Advertising Law (Cal. Bus. & Prof. Code §§ 17500, *et seq.*), and California's Consumer Legal Remedies Act;

WHEREAS, on July 16, 2012, the Court, the Honorable James V. Selna presiding, entered the initial scheduling order in this case and set a trial date of November 12, 2013 (Doc. No. 25);

WHEREAS, on January 18, 2013, this case was reassigned to this Court, the Honorable Fernando M. Olguin presiding (Doc. No. 41);

WHEREAS, on April 12, 2013, the parties filed a stipulation to amend the Scheduling Order, to allow sufficient time to complete discovery and prepare for trial following a ruling on Plaintiff's Motion for Class Certification, and also to accommodate a scheduling conflict with counsel (Doc. No. 48);

WHEREAS, on April 16, 2013, the Court entered an Order granting the parties' request to amend the Scheduling Order and setting a trial date of February 25, 2014 (Doc. No. 53);

WHEREAS, on November 20, 2013, the parties submitted a Second Stipulation to Amend Scheduling Order and to Continue Hearing on Class Certification (Doc. No. 135), which was granted by the Court on November 22,

1  2013 and set a new trial date of June 17, 2014 (Doc. No. 140);

2  WHEREAS, on April 1, 2014, the parties filed a Third Stipulation to Amend
3  Scheduling Order (Doc. No. 163), which was granted by the Court on April 16,
4  2014 (Doc. No. 167);

5  WHEREAS, on June 30, 2014, the parties filed their Fourth Stipulation to
6  Amend Scheduling Order (Doc. No. 183), which was granted by Order of the Court
7  dated July 3, 2014 (Doc. No. 184);

8  WHEREAS, on November 24, 2014, the parties submitted their Fifth
9  Stipulation to Amend Scheduling Order (Doc. No. 198), which was granted by
10 Order of the Court dated December 1, 2014 (Doc. No. 199);

11 WHEREAS, on March 3, 2015, the parties submitted their Sixth Stipulation
12 to Amend Scheduling Order (Doc. No. 200), which was granted by Order of the
13 Court dated March 5, 2015 (Doc. No. 201);

14 WHEREAS, on June 2, 2015, the parties submitted their Seventh Stipulation
15 to Amend Scheduling Order (Doc. No. 211), which was granted by Order of the
16 Court dated June 8, 2012 (Doc. No. 212);

17 WHEREAS, the parties have attended three full-day mediations, including a
18 full day mediation before the Honorable John Leo Wagner (Ret.) on September 24,
19 2013, which led to an insurmountable impasse, and two full-day mediations before
20 David A. Rotman after the Court's order certifying the class;

21 WHEREAS, the first session with Mr. Rotman on July 9, 2015 lasted a full
22 day and ended with Mr. Rotman making a mediator's proposal of a bracket within
23 which to conduct further negotiations (Declaration of David Rotman ("Rotman
24 Decl.") ¶ 2);

25 WHEREAS, both parties accepted Mr. Rotman's proposal to negotiate within
26 a bracket, and on August 21, 2015, the parties attended another full-day mediation
27 with Mr. Rotman to negotiate within the bracket previously set (Rotman Decl. ¶ 2);

28 WHEREAS, at the August 21 mediation, the parties came closer to reaching

1  an agreement, but were still apart on several key terms (Rotman Decl. ¶ 3);

2      WHEREAS, Mr. Rotman made a mediator's proposal that, if accepted, would
3  resolve the case (Rotman Decl. ¶ 3);

4      WHEREAS, in light of the complexities of the litigation and the substantial
5  sums involved, responding to the mediator's proposal will require both parties to
6  review and analyze various factors and issues, and the earliest possible date that
7  JCPenney can respond to the mediator's proposal is in approximately three weeks
8  (Rotman Decl. ¶ 3);

9      WHEREAS, the parties need time to conduct a comprehensive review and
10 analysis of the mediator's proposal because, as this Court is aware, this case
11 involves over 3.5 million class members;

12     WHEREAS, the parties request that the Court continue the trial and several
13 remaining case management dates by approximately three weeks to facilitate a
14 potential settlement of the case and allow the parties to conduct their analysis and
15 due diligence, and then respond to the mediator's proposal;

16     WHEREAS, critical deadlines are looming and if this short continuance is
17 not granted, the parties will be forced to expend substantial additional resources to
18 continue trial preparation, prepare and file motions to start the process of
19 disseminating notice to the class, commission substantial additional work with
20 experts and conduct expert discovery, making it more difficult for the parties to
21 accept Mr. Rotman's mediator's proposal and settle this case (Rotman Decl. ¶¶ 4-
22 5);

23     WHEREAS, this Stipulation is supported by the declaration of the mediator
24 Mr. Rotman, in which he states that in his opinion the absence of a continuance will
25 make a settlement significantly less likely;

26     WHEREAS, it is more efficient for the parties and the Court if the deadlines
27 are continued, as the parties may resolve this case without any additional judicial
28 involvement;

1  WHEREAS, with one caveat the parties do not seek a continuance of the fact
2  discovery deadline. The parties have a Rule 30(b)(6) deposition of JCPenney
3  scheduled for August 26-27, 2015 in Dallas, Texas. The parties stipulate to take
4  that deposition during the week of September 21, 2015 if a settlement is not
5  reached;

6  WHEREAS, otherwise, the parties only seek a continuance of the trial date,
7  mediation deadline, expert disclosures, expert discovery cut-off, pre-trial
8  documents, pre-trial conference and trial briefs;

9  WHEREAS, the short three week continuance will provide the necessary
10 time for both parties to analyze the mediator's proposal, and will not prejudice
11 either party or the Court;

12 WHEREAS, the three week extension will provide the maximum opportunity
13 for the parties to settle the case before the parties and the Court have to incur
14 significant additional expenses to prepare the case for trial;

15 THEREFORE, the parties agree to continue deadlines as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Rule 30(b)(6) Deposition | August 26-27, 2015 | The week of September 21, 2015 |
| Complete Mediation | September 1, 2015 | September 11, 2015 |
| Initial Expert Disclosures | October 15, 2015 | November 5, 2015 |
| Rebuttal Expert Disclosures | November 20, 2015 | December 11, 2015 |
| Expert Discovery Cut-Off | December 1, 2015 | December 22, 2015 |
| File Motions in Limine, Memo of contentions of fact and law, witness lists, pretrial exhibit stipulation | December 15, 2015 | January 11, 2016 |
| File Pre-Trial Documents | December 22, 2015 | January 12, 2016 |

-4-
SACV12 0215 FMO (KESx)

462600.02-PALSR01A - MSW

| Final Pre-Trial Conference | January 8, 2016 at 10:00 a.m. | January 29, 2016 at 10:00 a.m. |
|---|---|---|
| Trial Briefs | January 19, 2016 | February 9, 2016 |
| Trial | January 26, 2016 at 8:30 a.m. | February 16, 2016 at 8:30 a.m. |

IT IS SO STIPULATED:


DATED: August 24, 2015     STANLEY LAW GROUP
                           MATTHEW J. ZEVIN

                            */s MATTHEW J. ZEVIN*
                           MATTHEW J. ZEVIN

                           10021 Willow Creek Road, Suite 200
                           San Diego, CA 92131
                           Telephone: (619) 235-5306
                           Facsimile: (815) 377-8419

                           EMGE & ASSOCIATES
                           DEREK J. EMGE
                           501 W. Broadway, Suite 1760
                           San Diego, CA 92101
                           Telephone: (619) 595-1400
                           Facsimile: (619) 595-1480

                           Attorneys for Plaintiff Cynthia E. Spann and
                           Proposed Class Counsel

                           LAW OFFICE OF DAVID A. HUCH
                           DAVID A. HUCH, SBN: 222892
                           3281 E. Guasti Rd., Suite 700
                           Ontario, CA 91761
                           Telephone: (949) 212-7945
                           Facsimile: (949) 614-7008

                           Attorneys for Plaintiff Cynthia E. Spann


DATED: August 24, 2015     SHEPPARD, MULLIN, RICHTER &
                             HAMPTON LLP
                           MOE KESHAVARZI
                           JOHN M. LANDRY
                           333 South Hope Street, 43rd Floor

-5-

SACV12 0215 FMO (KESx)

462600.02-PALSR01A - MSW

| | |
|---|---|
| 1 | Los Angeles, California  90071-1422 |
| 2 | Telephone:  (213) 620-1780 |
|   | Facsimile:   (213) 620-1398 |
| 3 | |
| 4 | |
| 5 |  */s MOE KESHAVARZI* |
|   | MOE KESHAVARZI |
| 6 | Attorneys for Defendant J.C. PENNEY |
|   | CORPORATION, INC. |
| 7 | |
| 8 | |
| 9 | SKADDEN, ARPS, SLATE, MEAGHER & |
|   |   FLOM, LLP |
| 10 | RAOUL D. KENNEDY |
|   | JAMES P. SCHAEFER |
| 11 | 525 University Avenue |
| 12 | Palo Alto, CA  94301 |
|   | Telephone:  (650) 470-4500 |
| 13 | Facsimile:   (650) 470-4570 |
| 14 | |
| 15 |  */s RAOUL D. KENNEDY* |
| 16 | RAOUL D. KENNEDY |
|   | Attorneys for Defendant J.C. PENNEY |
| 17 | CORPORATION, INC. |

-6-

SACV12 0215 FMO (KESx)

462600.02-PALSR01A - MSW