SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MOE KESHAVARZI, Cal. Bar No. 223759
mkeshavarzi@sheppardmullin.com
JOHN LANDRY, Cal. Bar No. 194374
jlandry@sheppardmullin.com
HEATHER L. PLOCKY, Cal. Bar No. 279022
hplocky@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Defendant
J.C. PENNEY CORPORATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| CYNTHIA E. SPANN, Individually and On Behalf of Others Similarly Situated,<br><br>          Plaintiff,<br><br>  v.<br><br>J. C. PENNEY CORPORATION, INC. a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. SACV12-0215 FMO (KESx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT**<br><br>[Complaint Filed: Feb. 12, 2012]<br><br>JUDGE: Honorable Fernando M. Olguin<br>CTRM:   22 – 5th Floor |

Pursuant to the Court's Order re: Further Proceedings (Dkt. No. 212), Plaintiff Cynthia Spann and Defendant J.C. Penney Corporation, Inc. file this Notice of Settlement. Following a mediation session before David A. Rotman on September 10, 2015, the Parties reached a settlement. Within 30 days, the Parties will file the required paperwork for preliminary approval of the settlement. The Parties respectfully request that the Court stay all pending matters and deadlines in the case pending approval of the class action settlement.

DATED: September 11, 2015

STANLEY LAW GROUP
MATTHEW J. ZEVIN

*/s Matthew J. Zevin*
MATTHEW J. ZEVIN

10021 Willow Creek Road, Suite 200
San Diego, CA 92131
Telephone: (619) 235-5306
Facsimile: (815) 377-8419

EMGE & ASSOCIATES
DEREK J. EMGE
501 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (619) 595-1400
Facsimile: (619) 595-1480

Attorneys for Plaintiff Cynthia E. Spann and Proposed Class Counsel

LAW OFFICE OF DAVID A. HUCH
DAVID A. HUCH, SBN: 222892
3281 E. Guasti Rd., Suite 700
Ontario, CA 91761
Telephone: (949) 212-7945
Facsimile: (949) 614-7008

Attorneys for Plaintiff Cynthia E. Spann

| | |
|---|---|
| 1  DATED: September 11, 2015 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | MOE KESHAVARZI |
| 3 | JOHN M. LANDRY |
| 4 | 333 South Hope Street, 43rd Floor |
| | Los Angeles, California  90071-1422 |
| 5 | Telephone:   (213) 620-1780 |
| | Facsimile:    (213) 620-1398 |

*/s Moe Keshavarzi*
MOE KESHAVARZI
Attorneys for Defendant J.C. PENNEY CORPORATION, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
RAOUL D. KENNEDY
JAMES P. SCHAEFER
525 University Avenue
Palo Alto, CA  94301
Telephone:   (650) 470-4500
Facsimile:    (650) 470-4570

*/s Raoul D. Kennedy*
RAOUL D. KENNEDY
Attorneys for Defendant J.C. PENNEY CORPORATION, INC.

-2-

SMRH:457643473.1                                             NOTICE OF SETTLEMENT