1
2
3
4
5
6
7
8
9
10

# IN THE UNITED STATES DISTRICT COURT

11

## CENTRAL DISTRICT OF CALIFORNIA

12
13

CYNTHIA E. SPANN, on Behalf of
Herself and All Others Similarly
Situated,

Plaintiff,

v.

J.C. PENNEY CORPORATION,
INC., a Delaware Corporation; and
DOES 1 through 10, Inclusive,

Defendant.

Case No. SACV12 0215 FMO (KESx)

**CLASS ACTION**

**ORDER GRANTING CONTINUANCE
OF DEADLINE TO FILE MOTION
FOR PRELIMINARY APPROVAL OF
SETTLEMENT**

JUDGE:     Honorable Fernando M. Olguin
CTRM:      22 – 5th Floor

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1        The parties stipulated and moved for an order continuing the deadline to file

2   a motion for preliminary approval of class action settlement, currently scheduled

3   for October 13, 2015.

4        Having considered the stipulation and based on the papers and argument

5   submitted by the parties in connection therewith, the motion is hereby GRANTED.

6        Plaintiff and/or the parties shall file a Motion for Class Certification and

7   Preliminary Approval of Settlement Agreement no later than November 3, 2015.

8   IT IS SO ORDERED:

9

DATED: October 13, 2015

10

                          /s/
11                  The Honorable Fernando M. Olguin
                Judge, United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28