STANLEY LAW GROUP
MATTHEW J. ZEVIN, SBN: 170736
10021 Willow Creek Road, Suite 200
San Diego, CA 92131
Telephone: (619) 235-5306
Facsimile: (815) 377-8419
e-mail: mzevin@aol.com

THE EMGE FIRM, LLP
DEREK J. EMGE, SBN: 161105
501 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (619) 595-1400
Facsimile: (619) 595-1480
e-mail: derek@emgelawfirm.com

Attorneys for Plaintiff Cynthia E. Spann and Class Counsel
[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA E. SPANN, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., a Delaware Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | Case No. SACV12 0215 FMO (KESx)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR MODIFICATION OF CLASS CERTIFICATION ORDER; PRELIMINARY APPROVAL OF SETTLEMENT; AND ESTABLISHMENT OF QUALIFIED SETTLEMENT FUND**<br><br>Judge: Honorable Fernando M. Olguin<br>Ctrm: 22 – 5th Floor<br>Date: December 3, 2015<br>Time: 10:00 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 3, 2015, at 10:00 a.m., in the courtroom of the Honorable Fernando M. Olguin, Plaintiff Cynthia E. Spann will and hereby does move for an Order Modifying the Court's Class Certification Order (ECF. No. 209) pursuant to Federal Rule 23(c); Preliminarily Approving the Parties' Class Action Settlement pursuant to Federal Rule 23(e); and Establishing a Qualified Settlement Fund.

This Motion is unopposed by Defendant J.C. Penney Corporation, Inc., and is made and based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the accompanying Declarations of Cynthia E. Spann, Matthew J. Zevin, Adam Tarczynski, Jeanne C. Finegan, and Brian J. Bergmark, and all papers, pleadings, documents, argument of counsel, and/or other materials presented before or during the hearing on this Motion, and any other evidence and argument the Court may consider.

DATED: November 10, 2015

STANLEY LAW GROUP
MATTHEW J. ZEVIN

*/s/ Matthew J. Zevin*
MATTHEW J. ZEVIN

10021 Willow Creek Road, Suite 200
San Diego, CA 92131
Telephone: (619) 235-5306
Facsimile: (815) 377-8419
e-mail: mzevin@aol.com

THE EMGE FIRM, LLP
DEREK J. EMGE, SBN: 161105
501 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (619) 595-1400
Facsimile: (619) 595-1480
e-mail: derek@emgelawfirm.com

Attorneys for Plaintiff Cynthia E. Spann and Class Counsel

LAW OFFICE OF DAVID A. HUCH
DAVID A. HUCH, SBN: 222892
3281 E. Guasti Road, Suite 700
Ontario, CA 91761
Telephone: (909) 212-7945
Facsimile: (909) 614-7008
e-mail: david.a.huch@gmail.com

Attorneys for Plaintiff Cynthia E. Spann