STANLEY LAW GROUP
MATTHEW J. ZEVIN, SBN: 170736
10021 Willow Creek Road, Suite 200
San Diego, CA 92131
Telephone: (619) 235-5306
Facsimile: (815) 377-8419
e-mail: mzevin@aol.com

THE EMGE FIRM, LLP
DEREK J. EMGE, SBN: 161105
501 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone:  (619) 595-1400
Facsimile:  (619) 595-1480
e-mail:  derek@emgelawfirm.com

Attorneys for Plaintiff Cynthia E. Spann
and Class Counsel
[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA E. SPANN, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., a Delaware Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | Case No. SACV12 0215 FMO (KESx)<br><br>CLASS ACTION<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS AND CLASS REPRESENTATIVE'S ENHANCEMENT PAYMENT**<br><br>Judge:     Honorable Fernando M. Olguin<br>Ctrm:      22 – 5th Floor<br>Date:       TBD<br>Time:       TBD |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, in the courtroom of the Honorable Fernando M. Olguin, Plaintiff Cynthia E. Spann will and hereby does move for an Order for Attorneys' Fees, Litigation Costs and Class Representative's Enhancement Payment.

This Motion is unopposed by Defendant J.C. Penney Corporation, Inc., and is made and based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the accompanying Declaration of Matthew J. Zevin, Declaration of Derek J. Emge, Declaration of David A. Huch, and all papers, pleadings, documents, argument of counsel, and/or other materials presented before or during the hearing on this Motion, and any other evidence and argument the Court may consider.

DATED: November 24, 2015

STANLEY LAW GROUP
MATTHEW J. ZEVIN

 /s/ Matthew J. Zevin
MATTHEW J. ZEVIN

10021 Willow Creek Road, Suite 200
San Diego, CA 92131
Telephone: (619) 235-5306
Facsimile: (815) 377-8419
e-mail: mzevin@aol.com

THE EMGE FIRM, LLP
DEREK J. EMGE, SBN: 161105
501 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (619) 595-1400
Facsimile: (619) 595-1480
e-mail: derek@emgelawfirm.com

Attorneys for Plaintiff Cynthia E. Spann and Class Counsel

| | |
|---|---|
| 1 | LAW OFFICE OF DAVID A. HUCH |
| 2 | DAVID A. HUCH, SBN: 222892 |
| 3 | 3281 E. Guasti Road, Suite 700 |
|   | Ontario, CA 91761 |
| 4 | Telephone:   (909) 212-7945 |
|   | Facsimile:   (909) 614-7008 |
| 5 | e-mail: david.a.huch@gmail.com |
| 6 | |
| 7 | Attorneys for Plaintiff Cynthia E. Spann |

2