STANLEY LAW GROUP
MATTHEW J. ZEVIN, SBN: 170736
10021 Willow Creek Road, Suite 200
San Diego, CA 92131
Telephone: (619) 235-5306
Facsimile: (815) 377-8419
e-mail: mzevin@aol.com

THE EMGE FIRM, LLP
DEREK J. EMGE, SBN: 161105
501 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (619) 595-1400
Facsimile: (619) 595-1480
e-mail: derek@emgelawfirm.com

Attorneys for Plaintiff Cynthia E. Spann
and Class Counsel
[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA E. SPANN, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., a Delaware Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | Case No. SACV12 0215 FMO (KESx)<br><br><u>CLASS ACTION</u><br><br>**AMENDED EXHIBITS TO SETTLEMENT AGREEMENT IN SUPPORT OF MOTION FOR MODIFICATION OF CLASS CERTIFICATION ORDER; PRELIMINARY APPROVAL OF SETTLEMENT; AND ESTABLISHMENT OF QUALIFIED SETTLEMENT FUND**<br><br>Judge: Honorable Fernando M. Olguin<br>Ctrm: 22 – 5th Floor |

Pursuant to the Court's directive on December 3, 2015, attached hereto are revised Exhibit Nos. 2 and 3 to the Settlement Agreement.

DATED: December 10, 2015

STANLEY LAW GROUP
MATTHEW J. ZEVIN

 */s/ Matthew J. Zevin*
MATTHEW J. ZEVIN

10021 Willow Creek Road, Suite 200
San Diego, CA 92131
Telephone: (619) 235-5306
Facsimile: (815) 377-8419
e-mail: mzevin@aol.com

THE EMGE FIRM, LLP
DEREK J. EMGE, SBN: 161105
501 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (619) 595-1400
Facsimile: (619) 595-1480
e-mail: derek@emgelawfirm.com

Attorneys for Plaintiff Cynthia E. Spann and Class Counsel

LAW OFFICE OF DAVID A. HUCH
DAVID A. HUCH, SBN: 222892
3281 E. Guasti Road, Suite 700
Ontario, CA 91761
Telephone: (909) 212-7945
Facsimile: (909) 614-7008
e-mail: david.a.huch@gmail.com

Attorneys for Plaintiff Cynthia E. Spann

**EXHIBIT "2"**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

# If You Purchased Private or Exclusive Branded Apparel or Accessories from JCPenney,

**You could receive money or a store credit from a class action settlement,**

*A federal Court authorized this Notice. This is not a solicitation from a lawyer.*

A class action settlement has been reached concerning JCPenney's ("JCPenney") pricing practices. The lawsuit claims that JCPenney used false "regular" and "original" prices for its private and exclusive branded products. The lawsuit is known as *Spann v. JCPenney Corporation, Inc.*, Case No. 12-cv-0215FMO, pending in the U.S. District Court for the Central District of California. JCPenney believes that the lawsuit has no basis.

You have received this Notice because JCPenney's records indicate that you are an eligible class member who purchased JCPenney private or exclusive branded clothing or accessories in California at a discount of least 30 percent off of a "regular" or "original" price between November 5, 2010 and January 31, 2012, or between January 1, 2013 and December 31, 2014. YOU HAVE BEEN ASSIGNED THE FOLLOWING UNIQUE CUSTOMER ID NUMBER: _____. You may enter this number on the Settlement Website to review your qualifying purchases, upload evidence of additional purchases and submit a Claim Form.

Your legal rights are affected whether you act or don't act. This Notice includes information on the Settlement**.** Please read the entire Notice carefully.

| **Your rights and options—and the deadlines to exercise them—are explained in this notice.** | |
|---|---|
| You can file a claim for benefits from the Settlement. | *see* Question 7 |
| You can object or comment on the Settlement. | *see* Question 9 |
| You can go to a court hearing and ask to speak about the Settlement. | *see* Questions 12-13 |
| You may exclude yourself from the Settlement. | *see* Questions 9 & 10 |

- The Court in charge of the case still has to decide whether to approve the Settlement with JCPenney.

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION** …………………………………………………………………………PAGE 2
       1.       Why is there a notice?
       2.       What is the lawsuit about?
       3.       Why are there class actions?

**THE SETTLEMENT CLASS** …………………………………..…………………………………..…PAGE 3
       4.       How do I know if I'm part of the Settlement Class?
       5.       Why is there a Settlement?
       6.       What does the Settlement provide?
       7.       How can I get benefits?
       8.       When can I get benefits?
       9.       What are my rights in the Settlement?
       10.     What am I giving up to stay in the Settlement Class?
       11.     When and where will the Court decide whether to approve the Settlement?
       12.     Do I have to come to the hearing?
       13.     May I speak at the hearing?

**THE LAWYERS REPRESENTING YOU** …………………………………………………………..PAGE 6
       14.     Do I have a lawyer in the case?
       15.     How will the lawyers be paid?

**GETTING MORE INFORMATION** ………………………………………………………………….PAGE 6
       16.     How do I get more information?

| WHAT THIS NOTICE CONTAINS |
|---|

**For More Information: Call 1-800-000-0000 or
Visit www.JCPenneysettlement.com**

| BASIC INFORMATION |
|---|
| **1.**      **Why is there a notice?** |

You have the right to know about the lawsuit and about your legal rights and options before the Court decides whether to approve the Settlement.

The Court in charge of the case is the United States District Court for the Central District of California, and the case is called *Cynthia E. Spann v. J.C. Penney Corporation, Inc.*, SACV12-0215 FMO (KESx). The person who sued is called the Plaintiff, and the company she sued, J.C. Penney Corporation, Inc. is called the Defendant.

| **2.**      **What is the lawsuit about?** |
|---|

The lawsuit claims that JCPenney engaged in a scheme of false price comparison advertising prior to February 2012 and then again starting in 2013 through 2014. Plaintiff claims that JCPenney's conduct violated various California laws that prohibit false advertising and unfair competition. JCPenney

denies: (1) that it used false price comparison advertising, (2) that it has done anything wrong, and (3) that the Plaintiff or class has been harmed in any way. The Court has not decided who is right.

### 3. Why are there class actions?

In a class action, one or more people, called class representatives (in this case, Cynthia Spann) sue on behalf of people who have similar claims. All of the people with similar claims comprise the "class" and are referred to as "class members," except for those who exclude themselves from the class. U.S. District Judge Fernando Olguin in the United States District Court for the Central District of California is in charge of this class action.

#### THE SETTLEMENT CLASS

### 4. How do I know if I am part of the settlement class?

The Settlement Class includes the following persons: All persons who, while in the State of California and between November 5, 2010 and January 31, 2012, or between January 1, 2013, and December 31, 2014, purchased from JCPenney one or more private or exclusive branded items of apparel or accessories advertised at a discount of at least 30% off the stated "original" or "regular" price, and who have not received a refund or credit for their purchase(s).

Excluded from the class are the Defendant, as well as its officers, employees, agents or affiliates, and any judge who presides over this action, as well as all past and present employees, officers and directors of JCPenney.

### 5. Why is there a settlement?

This case has been pending since February, 2012. JCPenney is not admitting that it did anything wrong, but both sides want to avoid the cost and risk of further litigation. The Court has not decided in favor of the Plaintiff or JCPenney. The Class Representative and her attorneys think the Settlement is best for everyone who is affected. The Settlement provides the opportunity for benefits to Class Members.

### 6. What does the settlement provide?

JCPenney has agreed to make available $50 million to compensate Class Members who file valid claims. The cash component of the Settlement will first pay notice and administrative costs in an amount not to exceed $2,667,000, plus attorneys' fees and costs and a payment to the Class Representative as approved by the Court (see Question 15). The remaining amount will be paid to Class Members. Class Members can decide whether they want to request a cash payment or a JCPenney store credit of equal value. The amount of the cash payment or store credit will be based on the amount of purchases you made of private and exclusive branded apparel and accessories during the class period and on the number of valid claims that are filed (see Question 7). Please note that you can give your store credit to someone else but it cannot be resold or exchanged for cash. Your store credit can be used for any on-line or in-store purchase, and it does not expire.

The Settlement Agreement describes more details about the Settlement. You can find a copy of the Settlement Agreement at the Settlement Website: www.JCPenneysettlement.com.

| | |
|---|---|
| **7.** | **How can I get benefits?** |

To ask for benefits, you need to complete and submit a Claim Form. Claim Forms are available at the Settlement Website or by calling 1-800-000-0000. Please read the instructions carefully. Claim Forms can be completed and submitted online (for store credits only) by Month Day, 2016 or mailed so that it is postmarked by that date, to:

>XXXX  Settlement
>PO Box 0000
>City, ST 00000

| | |
|---|---|
| **8.** | **When will I get benefits?** |

Benefits will be distributed to Class Members after the Court grants "final approval" of the Settlement and after any appeals are resolved. The "final approval" hearing is scheduled to occur on Month 00, 2016. If there are appeals to the final approval order, they can take time to resolve.

| | |
|---|---|
| **9.** | **What are my rights in the Settlement Class?** |

**Remain in the Settlement Class**: If you wish to remain in the Settlement Class and get benefits from the Settlement, you need to file a Claim Form (*see* Question 7).

**Get out of the Settlement Class**: If you wish to keep your individual right to sue JCPenney about the claims in this case you must exclude yourself from the Settlement Class. However, you will lose the right to receive any benefits from the Settlement if you exclude yourself from the Settlement Class.

To exclude yourself from the Settlement Class, you must complete an Opt-Out Form, by filling out the following information:

- Your name, address, and telephone number,
- The name of the case (*Spann v. JCPenney*),
- A statement that you want to be excluded from this Settlement, and
- Your signature and date.

Opt-Out Forms are available at the Settlement Website or by calling 1-800-000-0000. You must electronically submit or mail your exclusion request, postmarked no later than **Month 00, 2016**, to:

>JCPenney Settlement Exclusions
>P.O. 0000
>City, ST 00000

**Remain in the Settlement Class and Object**: If you disagree with any aspect of the Settlement, you may express your views to the Court. The written response needs to include:

- Your name and address,

- The name and number of the case (*Spann v. JCPenney*, Case No. 12-cv-0215FMO),
- The reasons you object to the Settlement,
- Copies of all documents that support your objection,
- Whether you intend to appear at the Fairness Hearing (*see* Question 13), and
- Your signature.

The response must be postmarked no later than **Month 00, 2016** and mailed to:

JCPenney Settlement - Objections
P.O. 0000
City, ST 00000

You will have no right to object to the Settlement if you exclude yourself from the Settlement Class.

| **10.** | **What am I giving up to stay in the Settlement Class?** |
|---|---|

Unless you exclude yourself from the Settlement Class, you can't separately sue JCPenney for the claims and issues in this case. You also will be bound by any decisions by the Court relating to the Settlement. The "Release of Claims" is described more fully in the Settlement Agreement and describes the legal claims that you give up if you get benefits from the Settlement. The Settlement Agreement is available at www.JCPenneysettlement.com.

| **11.** | **When and where will the Court decide whether to approve the Settlement?** |
|---|---|

The Court will hold a Fairness Hearing at Time x.m. on Month 00, 2016, at the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California, in Courtroom 22 on the 5th Floor. The hearing may be moved to a different date, time or location without additional notice, so it is a good idea to check www.JCPenneysettlement.com. At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. The Court will also consider how much to pay Class Counsel and the Class Representative. If there are objections, the Court will consider them at this time. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

| **12.** | **Do I have to come to the hearing?** |
|---|---|

No. Class Counsel will answer any questions the Court may have. But, you are welcome to come at your own expense. If you send an objection or comment, you don't have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay another lawyer to attend, but it's not required.

| **13.** | **May I speak at the hearing?** |
|---|---|

Yes. You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intent to Appear." In your letter you must include the following:

17. Your name, address, and telephone number,
18. The name and number of the case (*Spann v. JCPenney*, Case No. 12-cv-0215FMO),
19. The name, address, and telephone number of any attorney(s) who will be appearing on your behalf at the Fairness Hearing,
20. A brief statement detailing what you will be presenting to the Court, and
21. Your signature.

You must mail your Notice of Intention to Appear which must be postmarked no later than **Month 00, 2016,** to:

> JCPenney Settlement - Notice To Appear
> P.O. 0000 City, ST 00000

### THE LAWYERS REPRESENTING YOU

**14.   Do I have a lawyer in this case?**

Yes. Plaintiff was represented by three law firms, and the Court has appointed two of those firms as "Class Counsel" to represent you and all Class Members: Matthew J. Zevin of the Stanley Law Group and Derek J. Emge of The Emge Firm, LLP. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**15.   How will the lawyers get paid?**

The Court will decide how much the attorneys will be paid. Class Counsel have asked the Court to award a total of $13,500,000, (27% of the Settlement Fund), plus their out-of-pocket costs and expenses of $191,080.91, all of which will be paid out of the cash part of the Settlement. In addition, they have requested an Enhancement Award of $10,000 for the Class Representative. Class Counsel's motion for Attorneys' Fees and Costs is available for viewing on the settlement website at www.JCPenneysettlement.com.

### GETTING MORE INFORMATION

**16.   How do I get more Information?**

The Notice summarizes the lawsuit and the proposed Settlement. You can get more information about the lawsuit and Settlement at www.JCPenneysettlement.com. You may also write with questions to: _____, P.O. Box 0000, City, State 00000, or by email at _____.com. You can also get a Claim Form or Opt-Out Request at the website, or by calling this toll free number, _____.

# EXHIBIT "3"

# JCPENNEY Shoppers
## If You Purchased Private or Exclusive Branded Apparel or Accessories from JCPenney, You could receive money or a store credit from a class action settlement

*Para una notificación en Español, llamar [add phone number]o visitar nuestro website [add website address].*

A class action settlement has been reached concerning JCPenney's ("JCPenney") pricing practices prior to February 2012, and in 2013 and 2014. The lawsuit claims that JCPenney used false "regular" and "original" prices for its private and exclusive branded products. The lawsuit is known as *Spann v. JCPenney Corporation, Inc.*, Case No. 12-cv-0215FMO, pending in the U.S. District Court for the Central District of California. JCPenney denies that it used false price comparison advertising or that it has done anything wrong. The Court has not decided who is right.

**Why did I receive this Notice?**
You have received this Notice because JCPenney's records indicate that you are an eligible class member who purchased JCPenney private or exclusive branded clothing or accessories in California at a discount of least 30 percent off of a "regular" or "original" price between November 5, 2010 and January 31, 2012, or between January 1, 2013 and December 31, 2014. YOU HAVE BEEN ASSIGNED THE FOLLOWING UNIQUE CUSTOMER ID NUMBER: _____. You may enter this number on the Settlement Website to review your qualifying purchases, upload evidence of additional purchases and submit a Claim Form.

**What does the Settlement provide?**
JCPenney has agreed to make available $50 million to settle the lawsuit. If you are eligible, you can choose either a cash payment or a store credit of equal value for use at any JCPenney store or on its website. The store credit will maintain a running balance, will not expire, and can be used to purchase any item(s) with or without discounts. You can give your store credit to someone else but it cannot be resold or exchanged for cash.

**What do I need to do?**
If you want to participate in the settlement, you must file a claim, by Month Day, 2016 to receive either cash or a store credit. If the Court approves the settlement, you will give up your right to sue JCPenney for any of the claims released in the settlement. Therefore, it is very important that you read the settlement agreement. If you don't want to participate, you may exclude yourself by Month Day, 2016. You will not receive cash or a store credit, but you will keep your right to sue JCPenney on your own for the same claims in this matter. You may object and tell the court why you don't like the settlement, but you must do so by Month Day, 2016. If you do nothing, you will NOT receive money or a store credit, and you **will** be bound by the decisions of the court.

The Court has appointed Class Counsel, who have requested attorneys' fees of $13,500,000 (27 percent of the Settlement Fund), plus reimbursement of $191,080.91 in out of pocket expenses, and an Enhancement Award of $10,000 to the Representative Plaintiff. The Settlement Fund will also be used to pay up to $2,667,000 for the costs of a third-party notice and claim administrator. The remainder will be distributed to class members who submit valid claims. The motion for attorneys' fees and costs is posted on www.JCPenneysettlement.com. The amount that you receive will depend on the number of claims submitted, the amount that you spent on qualifying purchases at JCPenney, and the amount of fees and costs awarded by the Court.

The Court will hold a hearing on Month Day, 2016 at 00:00 a/p.m. to determine whether to approve the settlement and how much to award in fees and costs. You or your attorney may attend, but you don't have to. The date of the hearing may change without further notice, so please check the Settlement Website for updates.

This is only a summary. For the detailed notice and claim form, please visit www.JCPenneysettlement.com. You may also call _____ or email _____.com with any questions.

{Exhibit_3_JCPenneyPostCardNotice_FINAL_REVISED12072015.docx}