**FILED**
CLERK, U.S. DISTRICT COURT

APRIL 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____vdr_____ DEPUTY

April 1, 2016

JCPenney Settlement – Objections
c/o Heffler Claims Group
P.O. Box 0509
Philadelphia PA 19105-0509

Case Name:  Spann v. JCPenney,
Case Number:  12-cv-0215FMO

My Unique Customer ID:  30853BVGQ81VD

I date this objection statement on April Fool's Day, because that is exactly what this entire settlement is... foolish and completely ridiculous.

Cynthia Spann states, "she relied on the original prices and stated discounts" to choose what to purchase, therefore would not have purchased the items she did.  So, "to her detriment", she did not save as much money as advertised on her $200 purchase, but apparently, happy with the purchase price when she bought them!

Because she has no sense of her own, she blames JC Penney for her ignorance, and they have been ordered to make $50 million available to compensate all of us "misled" buyers.  But now, she will file a motion to award close to $20 million of it for class representative service, administration costs, attorney fees, and expenses.  No wonder a business is unable to be competitive and survive in America.

I do NOT intend on being at the Fairness Hearing scheduled August 25th, as *this entire affair paints a sad picture of man's integrity*.  Except for the fact that I could not submit this objection, I would opt out.

All of us should take responsibility for our own actions, and stop trying to get something for nothing.  That's all Cynthia Spann wants... free shopping at JC Penney...  in the name of fairness, of course!

*Sandy Bacon*
Sandy Bacon
400 Grove Street
Roseville CA  95678

cc:  Judge Fernando M Olguin





400 Grove Street
Roseville  CA  95678

SACRAMENTO
CA 957
01 APR '15
PM 5 L

Judge Fernando M Olguin
United States District Court
312 North Spring Street
Los Angeles, CA  90012

Case #: 12-cv-0215FMO

9001225573