June 28, 2016

Judge Fernando M. Olguin
United States District Judge
Courtroom 22
312 North Spring Street
Los Angeles, CA 90012-4701



Dear Judge Olguin,

I object to the JCPenney settlement as follows.

1. Contact information:
   Jessica Charles
   10709 Pearmain Street
   Oakland 94603
   (510) 875-5225

2. Case: Spann v. JCPenney, Case No. 12-cv-0215FMO

3. The reason I object to the settlement:

   I have been a JCPenney customer for many years, and have been a victim of their fake discount advertising for both their own branded products and other brand products. The lawyers for the class have told the Court that JCPenney has stopped advertising false discounts. But this is not true. JCPenney continues to this day to advertise fake discounts across the huge majority of its products, where the claimed sale price is actually JCPenney's regular price.

   The Court stated in its preliminary approval order that it was persuaded that the plaintiff and her attorneys fully investigated the case. In explaining its support of the settlement, the Court cited the class attorneys' claim that JCPenney has provided the class meaningful relief including now complying with California's false advertising laws. JCPenney promised, and the class attorneys have confirmed and represented to the Court, that starting November 9, 2015 when the settlement agreement was signed, JCPenney has not and would not violate California law including price-comparison statutes and that any former price advertised would be the actual bona fide price at which the item was openly and actively offered for sale for a reasonably substantial period of time in the recent regular course of business honestly and in good faith.

The attorneys for the class told the Court that they have thoroughly investigated the case and the facts, and that JCPenney has made these advertising changes and therefore the class and current and future customers like me would not continue to suffer from JCPenney's deception. This is a false statement.

The class attorneys and the class representative have failed the class and are not adequate to represent the class. It is clear that the attorneys failed to thoroughly investigate the case. They appear to have simply taken JCPenney's word for it that the phony discounts have stopped. They have affirmed to the Court that what JCPenney says about its changed practices is true. But it's not. The attorneys for the class did not want to be bothered with the effort to actually verify or investigate whether the false advertising has stopped. The class attorneys have shown that they can't be trusted. As a result, everything the class attorneys have done, including the entire settlement, must be called into question. The class attorneys have failed to protect the class. Given the class attorneys can't be trusted to do what they said, and haven't even stopped the bad practices even though they told the Court that they have, the attorneys for the class have no credibility in this case.

The Court should not approve this settlement and should not condone JCPenney's continued violation of the law and the class attorneys' failure to adequately represent the class. JCPenney should not be allowed to continue its illegal business-as-usual with the stamp of the Court's approval. New class representatives and new class attorneys should be appointed to do a proper investigation so that a good and honest settlement can be reached which truly puts an end to JCPenney's ongoing fraud.

4. I or a lawyer on my behalf intend to appear at the fairness hearing and present evidence in the courtroom, based on JCPenney's recent prices and claimed discounts, showing that JCPenney continues to advertise fake sales for most of its products in violation of California law, despite its promise and class attorneys' representations to the contrary.

Thank you,

*[signature: Jessica Clarke]*
*6/28/16 @ 3:33 PM*

CERTIFIED MAIL

ssica Charles
709 Pearmain St
\_land CA 94603

7016 0750 0000 6059 6367




U.S. POSTAGE
PAID
EAST PALO ALTO, CA
94303
JUN 28, 16
AMOUNT
1000
90012
**$6.01**
R2305H129353-05

Clerk of the Court
for Judge Fernando M Olguin
US District Ct
312 North Spring Street
Los Angeles CA 90012-4701