# EXHIBIT A



Transcript of the Testimony of:

# Walter F. Ellingwood, III

Spann v. J.C. Penney Corporation, Inc.

July 6, 2016

Volume I

THORSNES LITIGATION SERVICES, LLC
P: 877.771.3312  |  F: 877.561.5538
www.thorsnes.com

```
 1    going to assume that you understood the question and that
 2    you heard the question.
 3              So if you don't understand a question or if you
 4    don't hear a question, will you please let me know that
 5    before responding?
 6         A.   Yes.
 7         Q.   You said that you served as an objector in a
 8    case that you referred to as El Paso; is that correct?
 9         A.   That's correct.
10         Q.   And you don't know if El Paso is the plaintiff
11    or the defendant?
12         A.   I don't recall.
13         Q.   Where was that case pending?
14         A.   Well, my deposition was taken in San
15    Francisco.  Again, it was eight, 10, 12 years ago, so
16    it's the best of my recollection.
17         Q.   Do you know if the case was in federal court or
18    state court?
19         A.   I don't.
20         Q.   And who was the attorney that represented you?
21         A.   Steven.
22         Q.   That's Mr. Helfand?
23         A.   Yes.
24         Q.   Other than the El Paso case, have you served as
25    an objector in any other case?
```

```
 1        A.    I don't recall.  There was a paint case on
 2   Behr.
 3        Q.    I'm sorry, I didn't hear you.
 4        A.    Paint, p-a-i-n-t; paint.
 5        Q.    And you said a paint case on Behr?
 6        A.    Behr, yeah.  It's the brand.
 7        Q.    Okay.
 8              MR. HELFAND:  B-e-h-r.
 9   BY MR. ZEVIN:
10        Q.    When was that?
11        A.    Again, same time frame.  It was back when we
12   lived together, 10 years, 12 years.  It's a guess at this
13   point.
14        Q.    And Mr. Helfand was your attorney in that?
15        A.    Yes.  He's my attorney in all cases and legal
16   matters.
17        Q.    Okay.
18        A.    And has been for 15 years.
19        Q.    Well, he's not your attorney in all legal
20   matters, is he?
21        A.    He has been.
22        Q.    Before the deposition, you made some comment
23   about having retained Sheppard Mullin before?
24        A.    Well, that was my business.  All personal
25   matters.
```

```
 1    if you have documents to show him, it might refresh his
 2    recollection.
 3    BY MR. ZEVIN:
 4         Q.   Does the case, White versus Experian, ring a
 5    bell?
 6         A.   Does not.
 7         Q.   How about Radcliffe versus Experian?
 8         A.   Does not.  I mean, I've used Experian before.
 9    Again, I don't recall.
10         Q.   Is it possible that Mr. Helfand used your name
11    in connection with an objection to a class action
12    settlement and you were unaware?
13         A.   That's not possible.
14         Q.   It's not possible?
15         A.   Well, I mean, I guess anything is possible,
16    but...
17         Q.   What was the nature of your objection in the El
18    Paso case?
19         A.   I don't recall.
20         Q.   What was the nature of your objection in the
21    paint case?
22         A.   I don't recall.
23         Q.   So I just want to hone in a little bit on your
24    objection in this case.
25         A.   Okay.
```

THORSNES LITIGATION SERVICES, LLC | 877.771.3312 | www.thorsnes.com

```
 1              DECLARATION UNDER PENALTY OF PERJURY
 2
 3      I, WALTER F. ELLINGWOOD, III, do hereby certify under
 4   penalty of perjury that I have read the foregoing
 5   transcript of my deposition taken on July 6, 2013;
 6   that I have made such corrections as appear noted herein
 7   in ink, initialed by me; that my testimony as contained
 8   herein, as corrected, is true and correct.
 9
10   DATED this _____ day of _____, 2016.
11
12
13
14
15                          _____
                            WALTER F. ELLINGWOOD, III
16
17
18
19
20
21
22
23
24
25
```

REPORTER'S CERTIFICATE

THE STATE OF FLORIDA)
COUNTY OF MIAMI-DADE)

I, DIANNE N. SARKISIAN, a Court Reporter, do hereby certify that I was authorized to and did stenographically report the deposition of WALTER F. ELLINGWOOD, III, a witness called in the above-styled cause; that the witness was first duly sworn by me; that a review of the transcript was requested; and that the transcript is a true and complete record of my stenographic notes.

I further certify that I am not an attorney or counsel to any of the parties, nor related to any of the parties, nor financially interested in the action.

Before completion of the deposition, review of the transcript [X] was [ ] was not requested.

Dated this 13th day of July 2016.

_____
Dianne N. Sarkisian
Certified Court Reporter