STANLEY LAW GROUP
MATTHEW J. ZEVIN, SBN: 170736
10021 Willow Creek Rd., Suite 200
San Diego, CA 92131
Telephone:   (619) 235-5306
Facsimile:    (815) 377-8419
e-mail: mzevin@aol.com

THE EMGE FIRM, LLP
DEREK J. EMGE, SBN: 161105
501 W. Broadway, Suite 1760
San Diego, CA  92101
Telephone:   (619) 595-1400
Facsimile:    (619) 595-1480
e-mail: derek@emgelawfirm.com

Attorneys for Plaintiff Cynthia E. Spann and Class Counsel
 [Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA E. SPANN, on Behalf of Herself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., a Delaware Corporation; and DOES 1 through 10, Inclusive,<br><br>                    Defendant. | CASE NO. 8:12-cv-00215-FMO-KES<br><br>Judge: Honorable Fernando M. Olguin<br>Courtroom: 22 – 5th Floor<br><br>**CLASS ACTION**<br><br>PLAINTIFF CYNTHIA E. SPANN'S NOTICE OF RECENT AUTHORITY REGARDING MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS AND CLASS REPRESENTATIVE'S ENHANCEMENT PAYMENT<br><br>Complaint Filed:   February 8, 2012<br>Trial Date:   None Set |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNYES OF RECORD:

2      Plaintiff Cynthia E. Spann ("Plaintiff") hereby gives notice of recent supplemental authority relevant to her Motion for Attorneys' Fees, Litigation Costs and Class Representative's Enhancement Payment (Dkt. No. 248). Specifically, the recent opinion from the California Supreme Court in *Laffitte v. Robert Half International Inc.*, No. S22296, _ P.3d__, 2016 WL 4238619 (Cal. Aug. 11, 2016) is directly relevant to Plaintiff's arguments concerning the reasonableness of her fee request, which is primarily addressed at pages 9-10 of her Memorandum of Points and Authorities (Dkt. No. 248-1). A copy of this recent decision is attached hereto as Exhibit 1.

DATED: August 15, 2016
STANLEY LAW GROUP
MATTHEW J. ZEVIN

    */s/ Matthew J. Zevin*
MATTHEW J. ZEVIN

10021 Willow Creek Road, Suite 200
San Diego, CA 92131
Telephone: (619) 235-5306
Facsimile: (815) 377-8419

THE EMGE FIRM, LLP
DEREK J. EMGE, SBN: 161105
501 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (619) 595-1400
Facsimile: (619) 595-1480
e-mail: derek@emgelawfirm.com

Attorneys for Plaintiff Cynthia E. Spann and Proposed Class Counsel

1
2
3
4
5

LAW OFFICE OF DAVID A. HUCH
DAVID A. HUCH, SBN: 222892
3281 E. Guasti Road, Suite 700
Ontario, CA  91761
Telephone:   (909) 212-7945
Facsimile:    (909) 614-7009
e-mail: david.a.huch@gmail.com

6

Attorneys for Plaintiff Cynthia E. Spann

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

# PROOF OF SERVICE
*Spann v. J.C. Penney, et al.*
CASE NO: SACV12 0215 FMO (RNBx)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 10021 Willow Creek Road, Suite 200, San Diego, CA 92131.

That on August 15, 2016, I served the following document(s) entitled: PLAINTIFF CYNTHIA E. SPANN'S NOTICE OF RECENT AUTHORITY REGARDING MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS AND CLASS REPRESENTATIVE'S ENHANCEMENT PAYMENT on ALL INTERESTED PARTIES in this action:

☒ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties:

mkeshavarzi@sheppardmullin.com

david.a.huch@gmail.com

derek@emgelawfirm.com

raoul.kennedy@skadden.com

james.schaefer@skadden.com

and on the following interested party (ies) in this action by placing [x] a true copy [ ] the original thereof enclosed in a sealed envelope and addressed as follows:

Objectors
Steven F. Helfand
HELFAND LAW OFFICES
910 West Ave. Unit 438
Miami Beach, FL 33139
Counsel for Objectors Ellingwood and Branch

| | |
|---|---|
| 1 | |
| 2 | Laura Crenwelge |
| 3 | 11103 Sadler Grove<br>San Antonio, TX 78249 |
| 4 | |
| 5 | Patrick S. Sweeney<br>2590 Richardson St |
| 6 | Madison, WI 53711 |
| 7 | |
| 8 | Jessica Charles<br>10709 Pearmain Street |
| 9 | Oakland, CA 94603 |
| 10 | Sandy Bacon |
| 11 | 400 Grove Street<br>Roseville, CA 95678 |
| 12 | |
| 13 | Elaine Fedorka<br>478 Browning St. |
| 14 | Upland, CA 91784 |
| 15 | |
| 16 | I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct. Executed on August 15, 2016, at San Diego, California. |
| 17 | |
| 18 |                                       /s/ Matthew J. Zevin<br>                                      MATTHEW J. ZEVIN |