JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA E. SPANN, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, a Delaware Corporation, et al.,<br><br>Defendants. | Case No. SA CV 12-0215 FMO (KESx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Final Approval of Class Action Settlement; Motion for Attorney's Fees, Costs, and Class Representative Enhancement Payment (the "Order") filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiff Cynthia E. Spann shall be paid a service payment of $10,000 in accordance with the terms of the Settlement Agreement and the Order.

2. Class counsel shall be paid $13,500,000 in attorney's fees and $191,080.91 in costs in accordance with the terms of the Settlement Agreement and the Order.

3. The settlement administrator, Heffler Claims Group LLC, shall be paid up to $2,667,000 for its fees and expenses in connection with the administration of the Settlement Agreement, in accordance with the terms of the Settlement Agreement and the Order.

4.  Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of this court.

Dated this 30th day of September, 2016.

                                                /s/
                              Fernando M. Olguin
                           United States District Judge