Name Steven F. Helfand, SBN 206667
Address 910 West Avenue, Suite 438
City, State, Zip Miami Beach, FL 33139
Phone 415.596.5611
Fax none
E-Mail sh4078@gmail.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CYNTHIA E. SPANN | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV-12-0215 FMO |
| v. | |
| J.C. PENNEY CORPORATION, et al. | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that  Walter F. Ellingwood, Jeannelle Branch & Pat Sweeney  hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
    Class action - Dkt. 272

☒ Other (specify):
    Order approving class action settlement &
    fee request - Dkt. 271

Imposed or Filed on  September 30, 2016 . Entered on the docket in this action on September 30, 2016 .

A copy of said judgment or order is attached hereto.

October 7, 2016                                /s/
Date                                           Signature
                                               ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                NOTICE OF APPEAL