**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 07 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CYNTHIA E. SPANN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff-Appellee,<br><br>WALTER F. ELLINGWOOD,<br><br>        Objector-Appellant,<br><br>  v.<br><br>J.C. PENNEY CORPORATION, INC., a Delaware Corporation,<br><br>        Defendant-Appellee. | No.   16-56474<br><br>D.C. No. 8:12-cv-00215-FMO-KES<br>Central District of California, Santa Ana<br><br><br>ORDER |

      The assessment conference previously scheduled for November 14, 2016, is canceled.

      Appellant's unopposed motion to dismiss this appeal (Docket Entry No. 6) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                                     FOR THE COURT

                                     By: Stephen Liacouras
                                     Circuit Mediator

sl/mediation